IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel* RODERICK STRONG, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 2:16-CV-284-JRG |
| | § | |
| WILEY COLLEGE; HAYWOOD L. | § | JURY TRIAL DEMANDED |
| STRICKLAND; RICE DERIVATIVE | § | |
| HOLDINGS, LP *d/b/a* RICE FINANCIAL | § | |
| PRODUCTS COMPANY, RICE | § | |
| SECURITIES, LLC *d/b/a* RICE | § | |
| FINANCIAL PRODUCTS COMPANY, | § | |
| RICE CAPITAL ACCESS PROGRAM, | § | |
| LLC, and THE WESLEY PEACHTREE | § | |
| GROUP, INC., | § | |
| Defendants | § | |

**JOINT MOTION OF CERTAIN PARTIES TO STAY DEADLINES AND REQUEST ADDITIONAL TIME TO PROVIDE DISMISSAL DOCUMENTS**

Relator and Defendants The Wesley Peachtree Group, Inc., Rice Derivative Holdings, LP, Rice Securities, LLC and Rice Capital Access Program, LLC have settled the claims in this lawsuit as they relate to these parties.  The US Attorney has consented to such settlement amounts. These parties, including the US Attorney, are still working on separate settlement agreements for Wesley Peachtree and the Rice Defendants. Previously, this Court signed orders relating to these announced settlements and the stayed the deadlines in Dkt. No. 228 (for Wesley Peachtree's settlement) and Dkt. No. 229 (for the Rice Defendants' settlement).

Due to issues relating to the government shutdown and the schedule of the US Attorney, these parties have been unable to finalize their settlement documents. Further, Wesley Peachtree will have 30 days from the date that the settlement agreement is signed to make its respective payment and the Rice Defendants will have 90 days from the date their settlement agreement is

signed to make their payment.

Accordingly, the parties respectfully ask the Court to stay the deadlines in this matter and provide additional time for the parties to execute the settlement papers, make payments and submit their dismissal documents to the Court as follows:

March 22, 2019 for the settlement between Wesley Peachtree and Relator; and

May 22, 2019 for the settlement between the Rice Defendants and Relator.

WHEREFORE, all parties respectfully request that the Court grant the relief requested herein and in accordance with the attached order.

Dated: February 8, 2019

        Respectfully submitted,

By: /s/ Renee Higginbotham-Brooks
    Renee Higginbotham-Brooks
    Law Office of Renee Higginbotham-Brooks
    Brooks99@sbcglobal.net
    5601 Bridge Street, Suite 300
    Fort Worth, Texas 76112
    (817) 334-0106
    (817) 654-5123 (FACSIMILE)
    *COUNSEL FOR RELATOR*

By: /s/ Joseph M. Cox
    Joseph M. Cox
    Texas Bar No. 04950200
    joe.cox@bracewell.com
    Andrea D. Broyles
    Texas Bar No. 24082744
    andrea.broyles@bracewell.com
    Bracewell LLP
    1445 Ross Avenue, Suite 3800
    Dallas, Texas 75202
    Telephone: (214) 468-3800
    Facsimile: (800) 404-3970

    Deron R. Dacus
    State Bar No.  00790553

**JOINT MOTION OF CERTAIN PARTIES TO STAY DEADLINES** – Page 2
#5874204

        The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com
*Counsel For Defendants Rice Derivative Holdings, LP, Rice Securities, LLC, and Rice Capital Access Program, LLC*

By:   */s/ Steven Augustine*
       Zandra Foley
       Texas State Bar No. 24032085
       Steven Augustine
       Texas State Bar No. 24064845
       Thompson Coe Cousins & Irons LLP
       One Riverway, Suite 1400
       Houston, Texas 77056
       (713) 403-8214
       ZFoley@thompsoncoe.com
       SAugustine@thompsoncoe.com
       *Counsel for The Wesley Peachtree Group, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system on February 8, 2019, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

       */s/ Joseph M. Cox*
       Joseph M. Cox

**JOINT MOTION OF CERTAIN PARTIES TO STAY DEADLINES** – Page 3
#5874204